EMELINE GALLUP, Respondent, *v.* JAMES HENDERSON et al., Appellants.

(Argued April 20, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*E. Countryman* for appellants.

*Brewster Kissam* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Judicial Accounting of DRUSCILLA WERRY et al., Executors, etc.

In the Matter of the Judicial Settlement of the Estate of PETER WERRY, deceased.

(Argued April 21, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme Court, in the second judicial department, made December 8, 1890, which reversed two certain decrees of the surrogate of Orange county.

*C. E. Rushmore* for appellant.

*William Vanamee* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.